UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Zarion Malik Douglas,

           Plaintiff,

-vs-                                                                        Case No. 3:15-CV-258

ABF Freight Systems,

           Defendant.
_____

### ORDER OF DISMISSAL

The Court finds the Plaintiff was notified by order filed March 10, 2016 (doc. 5) to show cause as to why this case should not be dismissed for failure to prosecute. As of today's date, Plaintiff has not responded to the Court's order to show cause. Plaintiff has neither perfected service on Defendant nor moved for default on those service was perfected.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED,** without prejudice. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio on this 7th day of April, 2016.

*s/ Thomas M. Rose*

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE